IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 21-CV-00427 |
| | * | |
| REAL PROPERTY LOCATED AT | * | |
| 754 MARINE STREET, MOBILE, | * | |
| ALABAMA, and 960 DAUPHIN | * | **UNDER SEAL** |
| STREET, MOBILE, ALABAMA, | * | |
| | * | |
| Defendants. | * | |

## UNITED STATES' STATUS REPORT REGARDING IN REM COMPLAINT

COMES NOW the United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, and submits this Status Report in response to the Court's Order dated January 10, 2022.

The United States' investigation into criminal activity relating to the subject properties has advanced substantially and it is anticipated that the investigation will fully conclude in February 2022. At that time, the United States will seek to unseal the present civil action.

As set forth in the Motion to Seal Complaint, this investigation is neither public nor known to all of the targets and its disclosure may cause the targets to dissipate, conceal, or fraudulently transfer assets that are the subject of the Verified Complaint, among other things. The United States requests that the present action remain sealed until a date after February 23, 2022.

Respectfully submitted this the 21st day of January, 2022.

1

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY


By:   */s/ Kasee Sparks Heisterhagen*
     Kasee Sparks Heisterhagen
     Assistant United States Attorney
     63 S. Royal Street, Suite 600
     Mobile, Alabama 36602
     Telephone:   251-415-7186
     Facsimile:   251-441-5044
     Email:   kasee.heisterhagen@usdoj.gov